# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043  For payments Only:
**Trustee**  Facsimile: (518) 449-2473  P.O Box 1918
**Bonnie Baker, Esq.**  Memphis, TN 38101-1918
**Assoc. Attorney**

February 18, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   07-11481           Gary T. Faragon

To Whom It May Concern:

Enclosed please find check #922372 in the amount of $4.23. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 12 |
| Account# | C705051 |
| Creditor | NYS Dept of MV
6 Empire State Plaza, Rm 526
Albany, NY 12228 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli